# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED
2009 JUN -8 P 2: 46
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

RUSSELL NORRIS

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:02-cr-52-J-32TEM
USM NUMBER: 29802-018

Defendant's Attorney: James Craig Williams

**THE DEFENDANT:**

**X** admitted guilt to violation of charge numbers **One and Two (1 & 2)** of the term of supervision.

___ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Trafficking in Heroin | July 15, 2008 |
| 2 | New criminal conduct, Trafficking in Cocaine | July 15, 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has not violated charge number(s)___ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: June 5, 2009

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: June ___, 2009

Defendant: RUSSELL NORRIS  Judgment - Page 2 of 2
Case No.: 3:02-cr-52-J-32TEM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **TWENTY FOUR (24) MONTHS, to run consecutively with defendant's seventy (70) month sentence pursuant to the Judgment in the Middle District of Florida, Case No. 3:08-cr-301-J-32HTS, for a total term of (94) months counting both cases.**

__X__ The Court makes the following recommendations to the Bureau of Prisons:

- **Incarceration in FCI Jesup**
- **Defendant receive substance abuse treatment**
- **Defendant participate in any available educational and vocational programs**

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.   p.m.   on _____.

  ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL